# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SUSAN CARTER,

    Defendant.

Case No. 2:04-cr-00038-LDG (GWF)

**ORDER**

    The Court ordered counsel William H. Gamage to Show Cause for his failure to seek relief on behalf of his client, Susan Carter, regarding her joint and several obligation for restitution pursuant to *United States v. Carter*, 742 F.3d 440 (9th Cir. 2014). He has failed to offer any response. Accordingly,

    THE COURT **ORDERS** that William H. Gamage is removed as counsel for defendant Susan Carter.

    THE COURT FURTHER **ORDERS** that the Clerk of the Court shall appoint new counsel for defendant Susan Carter for the purpose of seeking relief on her behalf pursuant to *United States v. Carter*, 742 F.3d 440 (9th Cir. 2014).

THE COURT FURTHER **ORDERS** that, not later than 14 days after appointment, newly appointed counsel shall file a status report with the Court regarding counsel's efforts on behalf of defendant.

DATED this 10 day of July, 2018.

_____
Lloyd D. George
United States District Judge