# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SUSAN CARTER,

    Defendant.

Case No. 2:04-cr-00038-LDG (GWF)

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that Counsel of Record Yi Lin Zheng submit a status report, not later than Friday, September 28, 2018, regarding the seeking of relief on behalf of defendant Susan Carter in this matter pursuant to the Ninth Circuit's decision in *United States v. Carter*, 742 F.3d 440 (9th Cir. 2014).

DATED this 20 day of September, 2018.

_____
Lloyd D. George
United States District Judge