**YI LIN ZHENG, ESQ.**
Nevada Bar No. 10811
MOMOT & ZHENG
530 South Seventh St.
Las Vegas, Nevada 89101
(702) 385-7170
MOMOT.ZHENG@GMAIL.COM
Attorney for Defendant
SUSAN CARTER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:04-cr-00038-LDG-GWF-1 |
| vs. | ) |
| SUSAN CARTER | ) **STIPULATION AND ORDER** |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, DAYLE ELIESON United States Attorney, District of Nevada, and MARK WOOLF, Assistant United States Attorney, and Defendant, SUSAN CARTER ("Defendant, Carter") by and through her CJA attorney, YI LIN ZHENG, ESQ. of MOMOT & ZHENG, that because Defendant Carter's joint and several obligation for restitution has been satisfied through the forfeited assets consistent with the Ninth Circuit opinion in United States v. Carter, 742 F.3d 440 (9th Cir. 2014), she

///

///

///

no longer has a remaining restitution obligation.

DATED this 25th day of September, 2018.

STIPULATION entered by:

| | |
|---|---|
| MOMOT & ZHENG | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
| /s/ Yi Lin Zheng<br>YI LIN ZHENG, ESQ.<br>Nevada Bar No. 10811<br>MOMOT & ZHENG<br>530 S. Seventh St.,<br>Las Vegas, NV 89101<br>*Attorney for Defendant*<br>*Susan Carter* | /s/ Mark Woolf<br>MARK E. WOOLF<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Ste 1100<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff*<br>*United States of America* |

## ORDER

**IT IS HEREBY ORDERED** that because Defendant Carter's joint and several obligation for restitution has been satisfied through forfeited assets consistent with the Ninth Circuit opinion in *United States v. Carter,* 742 F.3d 440 (9th Cir. 2014), she no longer has a remaining restitution Obligation.

DATED this 3 day of ~~September~~ Oct, 2018.

_____
UNITED STATES DISTRICT JUDGE